```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     VANLAB CORPORATION

                         Plaintiff(s)

       -vs-                                      04-CV-6183T


     BLOSSOM VALLEY FOODS

                         Defendant(s)
_____
```

The parties having electronically filed a Stipulation of Settlement on October 16, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

SO ORDERED.

                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated: October 17, 2006